IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES GREEN, JR., #263445, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:10-CV-673-TMH |
| ) | |
| LOUIS BOYD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 36) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 36) of the Magistrate Judge is ADOPTED;

2. The defendants' motion for summary judgment is GRANTED;

3. Judgment is GRANTED in favor of the defendants.

4. This case is DISMISSED with prejudice; and

5. The costs of this proceeding are taxed against the plaintiff.

A separate judgment shall issue.

Done this the 23rd day of January, 2013.

    /s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE